UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JOSEPH COCHRAN                                                                                          APPELLANT

v.                                             No. 5:22-cv-5100

BIANCA RUCKER, et al.                                                                                   APPELLEES

## ORDER

On May 26, 2022, Appellant Joseph Cochran filed his notice of appeal to this Court from a judgment in a bankruptcy proceeding. *See* Case No. 5:21-bk-70170, W.D. Ark., Doc. 247. Three days later, the Clerk of Court caused a Memorandum of Document Deficiency to be mailed to Mr. Cochran by first-class mail, informing him that he owed a filing fee of $298 for his appeal and that "[f]ailure to cure this deficiency could result in the dismissal of this case, the pleading being stricken, or an order to show cause hearing set." *See* Case No. 5:21-bk-70170, W.D. Ark., Doc. 252, p. 3. Four and a half months have since passed, and Mr. Cochran still has not paid the filing fee. Therefore, Mr. Cochran's appeal will be dismissed.[1] *See* Fed. R. Bankr. P. 8003(a)(2).

IT IS THEREFORE ORDERED that the Notice of Appeal from United States Bankruptcy Court filed by Joseph Cochran (Doc. 1) is DISMISSED.

IT IS SO ORDERED this 12th day of October, 2022.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE

---

[1] Mr. Cochran also has not filed any appellant's brief in the instant matter, despite having a deadline of September 30, 2022 by which to do so. *See* Case No. 5:22-cv-5100, W.D. Ark., Doc. 4. This would constitute additional grounds for dismissal of his appeal upon motion from an appellee, or on the Court's own motion "after notice." *See* Fed. R. Bankr. P. 8018(a)(4).